IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01111-WDM-BNB

J&J SPORTS PRODUCTIONS, INC., et al.,

    Plaintiff(s),

v.

RAY ORTIZ, et al.,

    Defendant(s).
_____

**ORDER OF REASSIGNMENT**
_____

    With the consent and approval of Judge Richard P. Matsch and Chief Judge Lewis T. Babcock as required by local rule, I order that this case be reassigned to Judge Richard P. Matsch.  Upon reassignment the Clerk shall change the civil action number to 07-cv-01111-RPM-BNB and make the appropriate adjustments in the computerized drawing program to maintain the equal assignment of cases among judicial officers.

    DATED at Denver, Colorado, on May 30, 2007.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge